FILED

NOV 2  2009

NOR

1
2
3
4
5
6
7                              IN THE UNITED STATES DISTRICT COURT

8                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                                        SAN JOSE DIVISION

10   UNITED STATES OF AMERICA,              )      No. CR 09-00930-JF (PVT)
                                            )
11                          Plaintiff,      )      [Proposed] ORDER MODIFYING
     v.                                     )      MYRA HOLMES' CONDITIONS OF
12                                          )      RELEASE PERMITTING HER TO
     MYRA HOLMES,                           )      TRAVEL TO SACRAMENTO,
13                                          )      CALIFORNIA
                            Defendant.      )
14   _____       )      HON: PATRICIA V. TRUMBULL

15                                         ORDER

16        GOOD CAUSE APPEARING, it is hereby ordered as follows:

17        The Order Setting the Conditions of Release issued by the Court on October 6, 2009,

18   shall be modified to permit MYRA HOLMES to travel to Sacramento, California at the

19   discretion of Pretrial Services.  IT IS FURTHER ORDERED any such travel to Sacramento is

20   conditioned on Ms. Holmes notifying Pretrial Services one week in advance of such travel and

21   the pre-approval of Pretrial Services.

22        All other conditions of release ordered issued on October 6, 2009, remain in full force

23   and effect.

24   Dated: November 24, 2009

25                                                    HON. PATRICIA V. TRUMBULL
                                                      United States Magistrate Judge
26