IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-00930-JF |
| | ) | |
| Plaintiff, | ) | [Proposed] ORDER CONTINUING STATUS HEARING FROM JANUARY 13, 2010 TO MARCH 24, 2010. |
| v. | ) | |
| | ) | |
| MYRA HOLMES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered as follows:

The status conference hearing in the above-captioned matter is continued from January 13, 2010 to March 24, 2010, at 9:00 a.m., and the period of delay from January 13, 2010, to and including March 24, 2010, is excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

Dated: January __14__, 2010

_____
HONORABLE JEREMY FOGEL,
United States District Judge

Order Continuing Status Hearing
Cr 09-00930-JF                                         1