BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant HOLMES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-00930-JF |
| | ) | |
| Plaintiff, | ) | [~~Proposed~~] ORDER VACATING THE |
| v. | ) | MARCH 4, 2011, TRIAL DATE AND |
| | ) | SETTING THE MATTER ON THE |
| MYRA HOLMES, | ) | COURT'S MARCH 24, 2011, CALENDAR |
| | ) | FOR TRIAL SETTING |
| Defendant. | ) | |

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered as follows:

The final pretrial hearing date of February 25, 2011, and the trial date of March 4, 2011, are hereby vacated.  The matter is set on the Court's calendar of March 24, 2011, 9:00 a.m., for a trial setting conference.  The period of delay from March 4, 2011, to and including March 24, 2011, is excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

Dated: ~~January~~  2/2  , 2011

_____
HONORABLE JEREMY FOGEL,
United States District Judge

ORDER VACATING TRIAL DATE AND
SETTING TRIAL SETTING HEARING
Cr 09-00930-JF                1