BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant HOLMES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>    )<br>         Plaintiff,   )<br>    )<br>v.   )<br>    )<br>MYRA HOLMES,   )<br>    )<br>         Defendant.   )<br>_____)  | No. CR 09-00930-JF<br><br>[PROPOSED] ORDER CONTINUING STATUS HEARING FROM MARCH 24, 2011 to APRIL 7, 2011. |

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered as follows:

The status conference hearing in the above-captioned matter is continued from March 24, 2011, to April 7, 2011, at 9:00 a.m., and the period of delay from March 24, 2011, to and including April 7, 2011, is excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

Dated: March  23   , 2011

_____
HONORABLE JEREMY FOGEL,
United States District Judge

Order Continuing Status Hearing
Cr 09-00930-JF                                           1