1  MELINDA L. HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  JOSEPH FAZIOLI (CABN 275564)
   Assistant United States Attorney
5
6    150 Almaden Boulevard, Suite 900
     San Jose, California 95113
7    Telephone: (408) 535-5595
     Facsimile: (408) 535-5066
8    joseph.fazioli@usdoj.gov

   Attorneys for the United States
9

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                          SAN JOSE DIVISION


   UNITED STATES OF AMERICA,          )   No. CR 09-00930 EJD
                                      )
             Plaintiff,               )   STIPULATION AND [PROPOSED]
                                      )   ORDER RESCHEDULING
                                      )   STATUS HEARING
        v.                            )
                                      )
   MYRA HOLMES,                       )
                                      )
             Defendant.               )
                                      )

        This matter was previously set for trial with jury selection starting on December 2, 2011. On October 4, 2011, this Court filed a clerk's notice notifying the parties that due to the recent case reassignment from Judge Fogel that the December 2, 2011 jury selection date was vacated due to the Court's scheduling, and that this matter was set for status on October 24, 2011 for trial setting and further case setting.  The parties now jointly request that the status hearing be rescheduled to October 17, 2011.  The parties agree, and the Court finds and holds, as follows:

   //
   //
   //

   STIPULATION AND [PROPOSED] ORDER
   CR 09-00930 EJD

1. The currently scheduled October 24, 2011 status hearing date is hereby vacated.
2. This matter is scheduled for status hearing for trial setting and further case setting on October 17, 2011, at 1:30 p.m.

SO STIPULATED:

DATED: 10/12/11                   /s/
                                  MANUEL ARAUJO
                                  Assistant Federal Public Defender


DATED: 10/12/11                   /s/
                                  JOSEPH FAZIOLI
                                  Assistant United States Attorney

IT IS SO ORDERED.

DATED: October 12, 2011           _____
                                  EDWARD J. DAVILA
                                  UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER
CR 09-00930 EJD