| | |
|---|---|
| 1 | MELINDA L. HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | JOSEPH FAZIOLI (CABN 275564)<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Boulevard, Suite 900<br>San Jose, California 95113 |
| 7 | Telephone: (408) 535-5595<br>Facsimile: (408) 535-5066 |
| 8 | joseph.fazioli@usdoj.gov |
| 9 | Attorneys for the United States |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MYRA HOLMES,<br><br>　　　　Defendant. | No. CR 09-00930 EJD<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING HEARING DATE |

This matter is currently set for a status conference on August 20, 2012. In light of recent discussions between the parties as well as scheduling issues, the parties now jointly request that this matter be continued a week until August 27, 2012.

In light of the above, the parties agree, and the Court finds and holds, as follows:

1. The current August 20, 2012 hearing date is hereby vacated.

2. This matter is set for a status conference on August 27, 2012, at 1:30 p.m.

3. The time between August 20, 2012 and August 27, 2012 is excluded under the Speedy Trial Act. The parties agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking

STIPULATION AND [PROPOSED] ORDER
CR 09-00930 EJD

into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. See 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

DATED:      8/1/12                              /s/
                                         MANUEL ARAUJO
                                         Assistant Federal Public Defender


DATED:      8/1/12                              /s/
                                         JOSEPH FAZIOLI
                                         Assistant United States Attorney

IT IS SO ORDERED.

DATED: August 2, 2012                   _____
                                         EDWARD J. DAVILA
                                         UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER
CR 12-00410 RMW