1  STEVEN G. KALAR
   Federal Public Defender
2  DIANA A. GARRIDO
   Assistant Federal Public Defender
3  160 West Santa Clara Street
   Suite 575
4  San Jose, CA 95113
   Telephone:  (408) 291-7753
5
   Counsel for Defendant HOLMES
6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11

12  UNITED STATES OF AMERICA,        )   No. CR 09-00930 EJD
                                     )
13              Plaintiff,           )   STIPULATION AND [PROPOSED]
                                     )   ORDER RE: BRIEFING SCHEDULE
14  vs.                              )
                                     )
15  MYRA HOLMES,                     )
                                     )
16              Defendant.           )
    _____)

17

18                        **STIPULATION**

19
         Defendant Myra Holmes, by and through Assistant Federal Public Defender Diana A.
20
   Garrido, and the United States, by and through Assistant United States Attorneys Joseph Fazioli
21
   and Grant Fondo, hereby stipulate that, with the Court's approval, the briefing schedule for the
22
   defendant's motion to dismiss, which is set to be heard on Monday, January 28, 2013 at 3 p.m.,
23
   shall be as follows:
24
         Defendant's motion shall be filed no later than Thursday, January 3, 2013;
25
         Government's response shall be filed no later than Wednesday, January 16, 2013;
26

Stipulation and [Proposed] Order
No. CR 09-00930 EJD                    1

1    Defendant's reply, if any, shall be filed no later than Wednesday, January 23, 2013.

2    Time has previously been excluded through and including February 25, 2013.

3    IT IS SO STIPULATED.

4

5    Dated: December 17, 2012

6

7                                            _____/s/_____
                                             DIANA A. GARRIDO
                                             Assistant Federal Public Defender
8

9
     Dated: December 17, 2012
10

11

12                                           _____/s/_____
                                             JOSEPH FAZIOLI
                                             Assistant United States Attorney
13

14

15   Dated: December 17, 2012

16

17                                           _____/s/_____
                                             GRANT FONDO
18                                           Assistant United States Attorney

19

20

21

22

23

24

25

26

Stipulation and [Proposed] Order
No. CR 09-00930 EJD                          2

1

[~~PROPOSED~~] **ORDER**

2

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY

3

ORDERED that the briefing schedule for the defendant's motion to suppress shall be as follows:

4

Defendant's motion shall be filed no later than Thursday, January 3, 2013;

5

Government's response shall be filed no later than Wednesday, January 16, 2013;

6

Defendant's reply, if any, shall be filed no later than Wednesday, January 23, 2013.

7

8

IT IS SO ORDERED.

9

Dated: 12/18/2012

10

11

_____

THE HONORABLE EDWARD J. DAVILA
United States District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Stipulation and [Proposed] Order
No. CR 09-00930 EJD                          3