1  MELINDA L. HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  JOSEPH FAZIOLI (CABN 275564)
   GRANT FONDO (CABN 181530)
5  Assistant United States Attorneys

6    150 Almaden Boulevard, Suite 900
     San Jose, California 95113
7    Telephone: (408) 535-5595
     Facsimile: (408) 535-5066
8    joseph.fazioli@usdoj.gov

9  Attorneys for the United States of America

10
                    UNITED STATES DISTRICT COURT
11
                  NORTHERN DISTRICT OF CALIFORNIA
12
                          SAN JOSE DIVISION
13
   UNITED STATES OF AMERICA,           )   No. CR 09-00930 EJD
14                                     )
         Plaintiff,                    )   STIPULATION FOR PRE-TRIAL
15                                     )   BRIEFING SCHEDULE,
      v.                               )   RESCHEDULING PRETRIAL
16                                     )   CONFERENCE TO FEBRUARY 11, 2013,
   MYRA HOLMES,                        )   AT 3:00 P.M.; [PROPOSED] ORDER
17                                     )
         Defendant.                    )   Trial Date: February 25, 2013
18  _____)

19      The United States, by and through Assistant United States Attorneys Joseph Fazioli and
20 Grant Fondo, and Defendant Myra Holmes, by and through Assistant Federal Defender Diana A.
21 Garrido, hereby request and stipulate as follows:
22      1. The parties' pretrial conference, currently scheduled for February 4, 2013, be rescheduled
23 to February 11, 2013, at 3:00 p.m.  The parties are not requesting a change in the February 25,
24 2012, trial date.
25      2. The parties' pretrial filings, including motions in limine and those identified in Criminal
26 Local Rule 17.1, shall be filed no later than January 29, 2013.
27
28

*Stip. Re Pretrial Conference; Proposed Order*
CR 09-00930 EJD                       1

1   3.  Any opposition to motions in limine shall be filed no later than February 5, 2013.

2

3   IT IS SO STIPULATED.

4

5   DATED: December 21, 2012                    MELINDA HAAG
                                                United States Attorney
6

7                                               _____/s/_____
                                                JOSEPH FAZIOLI
8                                               GRANT FONDO
                                                Assistant United States Attorneys
9

10
    DATED: December 21, 2012
11

12                                              _____/s/_____
                                                DIANA A. GARRIDO
13                                              Assistant Federal Public Defender

14  ////

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

*Stip. Re Pretrial Conference; Proposed Order*
CR 09-00930 EJD                                 2

[PROPOSED] ORDER

For good cause shown and based upon the stipulation of the parties, IT IS HEREBY ORDERED that:

1.  The parties' pretrial conference, currently scheduled for February 4, 2013, is rescheduled to February 11, 2013, at 3:00 p.m.;

2.  The parties' pretrial filings, including motions in limine and those identified in Criminal Local Rule 17.1, including motions in limine, exhibit lists, and witness lists, shall be filed no later than January 29, 2013; and

3.  Any opposition to motions in limine shall be filed no later than February 5, 2013.

DATED: 12/28/2012

EDWARD J. DAVILA
United States District Judge

*Stip. Re Pretrial Conference; Proposed Order*
CR 09-00930 EJD                              3