MELINDA L. HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JOSEPH FAZIOLI (CABN 275564)
GRANT FONDO (CABN 181530)
Assistant United States Attorneys

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5595
   Facsimile: (408) 535-5066
   joseph.fazioli@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 09-00930 EJD |
|---|---|---|
|    Plaintiff, | ) | TRIAL STIPULATION NO. 4 (INTERNAL REVENUE SERVICE RECORDS) |
| v. | ) | |
| MYRA HOLMES, | ) | |
|    Defendant. | ) | |

   The United States of America and Defendant Myra Holmes hereby stipulate to the following facts as not in dispute:

///
///
///
///
///
///
///
///

*Trial Stipulation No. 4*
CR 09-00930 EJD                                         1

1. The document marked for identification as Exhibit 7 (Statement of Lack of Record, 2004, MH 4748), is a certified public record of the Internal Revenue Service, and is admissible as such under Federal Rule of Evidence 902(4).

2. The document marked for identification as Exhibit 8 (IRS Transcript, 2004, MH 4760), is a certified public record of the Internal Revenue Service, and is admissible as such under Federal Rule of Evidence 902(4).

3. The document marked for identification as Exhibit 9 (IRS Transcript, tax year 2005, MH 4761-4764), is a certified public record of the Internal Revenue Service, and is admissible as such under Federal Rule of Evidence 902(4).

4. The document marked for identification as Exhibit 10 (IRS Transcript, tax year 2006, MH 4765-4766), is a certified public record of the Internal Revenue Service, and is admissible as such under Federal Rule of Evidence 902(4).

5. The document marked for identification as Exhibit 11 (Federal Tax Return of Myra Holmes, tax year 2005, MH 4749-4759) is a certified public record of the Internal Revenue Service, and is admissible as such under Federal Rule of Evidence 902(4).

6. The document marked for identification as Exhibit 12 (Federal Tax Return of Myra Holmes, tax year 2006, MH 4785-4792), is a certified public record of the Internal Revenue Service, and is admissible as such under Federal Rule of Evidence 902(4).

7. The document marked for identification as Exhibit 13 (Federal Tax Return of Partners Security Services, Inc., for tax year 2004, MH 4767-4770) is a certified public record of the Internal Revenue Service, and is admissible as such under Federal Rule of Evidence 902(4).

8. The document marked for identification as Exhibit 14 (Federal Tax Return of Star Partners Security Partners, Inc., for tax year 2005, MH 4771-4776) is a certified public record of the Internal Revenue Service, and is admissible as such under Federal Rule of Evidence 902(4).

9. The document marked for identification as Exhibit 15 (Federal Tax Return of Star Partners Security Partners, Inc., for tax year 2006, MH 4777-4782) is a certified public

record of the Internal Revenue Service, and is admissible as such under Federal Rule of Evidence 902(4).

IT IS SO STIPULATED.

DATED: 2/24/13

JOSEPH FAZIOLI
GRANT P. FONDO
Assistant United States Attorneys

DATED: 2/21/13

DIANA GARRIDO
Counsel for MYRA HOLMES

DATED: 2/21/13

MYRA HOLMES
Defendant

*Trial Stipulation No. 4*
CR 09-00930 EJD                              3