1  MELINDA L. HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  JOSEPH FAZIOLI (CABN 275564)
   GRANT FONDO (CABN 181530)
5  Assistant United States Attorneys

6    150 Almaden Boulevard, Suite 900
     San Jose, California 95113
7    Telephone: (408) 535-5595
     Facsimile: (408) 535-5066
8    joseph.fazioli@usdoj.gov

9  Attorneys for the United States of America

10                      UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                            SAN JOSE DIVISION

13 UNITED STATES OF AMERICA,          )    No. CR 09-00930 EJD
                                      )
14          Plaintiff,                )
                                      )    STIPULATION FOR BRIEFING
15     v.                             )    SCHEDULE REGARDING
                                      )    DEFENDANT'S MOTION FOR A NEW
16                                    )    TRIAL; [PROPOSED] ORDER
   MYRA HOLMES,                       )
17                                    )    Hearing Date: July 1, 2013
            Defendant.                )    Time:          1:30 p.m.
18 _____  )

19

20         The United States, by and through Assistant United States Attorneys Joseph Fazioli and

21 Grant Fondo, and Defendant Myra Holmes, by and through Assistant Federal Defender Diana A.

22 Garrido, hereby request and stipulate as follows:

23     1.   On April 2, 2013, defendant filed a motion for new trial.  Pursuant to Local Rules, the

24 government's reply is due April 9, 2013.  The hearing on defendant's motion for new trial is

25 scheduled for July 1, 2013.

26     2.   The government recently ordered certain transcripts in relation to the trial, which have yet

27 to be completed by the Court Reporter.

28

*Stip. Re Briefing Schedule for New Trial; Proposed Order*
CR 09-00930 EJD                          1

1    3.   The parties' therefore have agreed to the following remaining briefing schedule regarding

2    defendant's motion for a new trial:

3        (a) The Government's opposition is due no later than April 30, 2013; and

4        (b) The defendant's reply to the Government's opposition is due no later than May 31,

5    2013.

6

7    IT IS SO STIPULATED.

8

9    DATED:  April 10, 2013                    MELINDA HAAG
                                               United States Attorney
10

11                                             _____/s/_____
                                               JOSEPH FAZIOLI
12                                             GRANT FONDO
                                               Assistant United States Attorneys
13

14   DATED: April 10, 2013

15
                                               _____/s/_____
16                                             DIANA A. GARRIDO
                                               Assistant Federal Public Defender
17

18   ////

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1

[PROPOSED] ORDER

2

3        For good cause shown and based upon the stipulation of the parties, IT IS HEREBY

4   ORDERED that:

5        1.   The Government's opposition to defendant's motion for a new trial is due no later than

6             April 30, 2013; and

7        2.   The defendant's reply to the Government's opposition is due no later than May 31, 2013.

8

9   DATED: _____4/11/2013_____          _____

10                                             EDWARD J. DAVILA
                                            United States District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Stip. Re Briefing Schedule for New Trial; Proposed Order*
CR 09-00930 EJD                          3