1  MELINDA L. HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  JOSEPH FAZIOLI (CABN 275564)
   GRANT FONDO (CABN 181530)
5  Assistant United States Attorneys

6     150 Almaden Boulevard, Suite 900
      San Jose, California 95113
7     Telephone: (408) 535-5595
      Facsimile: (408) 535-5066
8     joseph.fazioli@usdoj.gov

9  Attorneys for the United States of America

10
                          UNITED STATES DISTRICT COURT
11
                       NORTHERN DISTRICT OF CALIFORNIA
12
                                 SAN JOSE DIVISION
13
   UNITED STATES OF AMERICA,         )   No. CR 09-00930 EJD
14                                   )
         Plaintiff,                  )   STIPULATION FOR BRIEFING
15                                   )   SCHEDULE REGARDING
      v.                             )   DEFENDANT'S MOTION FOR A NEW
16                                   )   TRIAL; [PROPOSED] ORDER
   MYRA HOLMES,                      )
17                                   )   Hearing Date: July 1, 2013
         Defendant.                  )   Time:         1:30 p.m.
18  _____)

19
           The United States, by and through Assistant United States Attorneys Joseph Fazioli and
20
   Grant Fondo, and Defendant Myra Holmes, by and through Assistant Federal Defender Diana A.
21
   Garrido, hereby request and stipulate as follows:
22
       1. On April 2, 2013, defendant filed a motion for new trial. The hearing on defendant's
23
   motion for new trial is scheduled for July 1, 2013. The government's opposition to that new trial
24
   motion is currently due on April 30, 2013, with the defendant's reply due on May 31, 2013.
25
       2. The government continuing to review certain transcripts in relation to the trial, some of
26
   which were completed by the Court Reporter late last week.
27
       3. The parties' therefore have agreed to the following remaining briefing schedule regarding
28

*Stip. Re Briefing Schedule for New Trial; Proposed Order*
CR 09-00930 EJD                               1

1     defendant's motion for a new trial:

2     (a) The Government's opposition is due no later than May 17, 2013; and

3     (b) The defendant's reply to the Government's opposition is due no later than June 17,

4 2013.

5

6 IT IS SO STIPULATED.

7

8 DATED: 5/8/13                        MELINDA HAAG
9                                                          United States Attorney

10                                             _____/s/_____
11                                             JOSEPH FAZIOLI
                                                 GRANT FONDO
12                                             Assistant United States Attorneys

13

14 DATED: 5/8/13

15                                             _____/s/_____
                                              DIANA A. GARRIDO
16                                             Assistant Federal Public Defender

17 ////

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

*Stip. Re Briefing Schedule for New Trial; Proposed Order*
CR 09-00930 EJD                        2

[PROPOSED] ORDER

For good cause shown and based upon the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The Government's opposition to defendant's motion for a new trial is due no later than May 17 2013; and

2. The defendant's reply to the Government's opposition is due no later than June 17, 2013.

DATED: 5/9/2013

_____
EDWARD J. DAVILA
United States District Judge

*Stip. Re Briefing Schedule for New Trial; Proposed Order*
CR 09-00930 EJD                                 3